AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America<br>v.<br>MALIK RODNEY WILLIAMS<br>DOB: XXXX PDID: XXXX<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:24-mj-00127<br>Assigned To : Judge Zia M. Faruqui<br>Assign. Date : 4/9/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 9, 2024__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a FNH Fifty-Seven pistol, and 5.7 x 28 caliber ammunition |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

_____, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __04/09/2024__    _____
*Judge's signature*

City and state: __Washington, DC__    __Zia M. Faruqui, U.S. Magistrate Judge__
*Printed name and title*