Case 1:24-mj-00127-ZMF   Document

Case: 1:24-mj-00127
Assigned To : Judge Zia M. Faruqui
Assign. Date : 4/9/2024
Description: COMPLAINT W/ ARREST WARRANT

## STATEMENT OF FACTS

On April 4, 2024, the Honorable G. Michael Harvey signed search warrant 24-SW-108, which authorized the government to search the residence at REDACTED (hereinafter, the "Residential Search Warrant" and the "Residence").

Members of law enforcement entered the Residence on April 9, 2024, at around 6:00 a.m. to execute the Residential Search Warrant. Upon entering the Residence, law enforcement forcibly entered a bedroom located across from the kitchen and observed Malik Williams (hereinafter, the "Defendant") in a bed inside of the room. The Defendant was the only person inside of the room and there was only one bed inside of the room. The Defendant was then temporarily detained pursuant to the Residential Search Warrant and removed from the room. Law enforcement lifted the mattress from the bed the Defendant was observed on and discovered a firearm in between the mattress and box spring.

The firearm was determined to be a FNH Fifty-Seven pistol bearing serial number 386243491 loaded with one round of 5.7 x 28 caliber ammunition in the chamber and additional rounds of the same caliber ammunition in the magazine. Law enforcement also discovered a firearm magazine in the bedroom closet, which contained rounds of 5.7 x 28 caliber ammunition.

There are no firearm or ammunition manufacturers in the District of Columbia and therefore, the firearm and ammunition in this case traveled in interstate commerce. A criminal history check of the Defendant revealed that he was previously convicted on June 22, 2018, in D.C. Superior Court case number 2015-CF2-3203 of Robbery (Offenses Committed During Release), Attempted to Commit Robbery (Offenses Committed During Release), and Theft First Degree (Offenses Committed During Release). The Defendant was sentenced to a total period of incarceration of fifty-four (54) months followed by three (3) years of supervised release. Therefore, the Defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

Respectfully Submitted,

_____

CHRIS BUKOVEC
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 9th day of April, 2024.*

_____

**ZIA M. FARUQUI**
U.S. MAGISTRATE JUDGE